**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**BRANDON GIBSON,**

   *Plaintiff*,

   vs.                                          Case No.: 8:23-cv-02664-MSS-AAS

**EXPERIAN INFORMATION SOLUTIONS, INC., et al.,**

   *Defendants.*

_____/

**STIPULATION FOR DISMISSAL OF DEFENDANTS EXPERIAN INFORMATION SOLUTIONS, INC. AND TRANS UNION LLC, WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Brandon Gibson, and Defendants, Experian Information Solutions, Inc., Trans Union LLC, and Synchrony Bank, by and through respective undersigned counsel, stipulate to dismiss Experian and Trans Union from this action, with prejudice, with each party to bear their own attorneys' fees and costs.

Nothing herein affects Plaintiff's claims against Synchrony Bank.

Dated May 21, 2024.

| | |
|---|---|
| */s/ Bryan J. Geiger* | */s/ Grant Edward Lavelle Schnell* |
| Bryan J. Geiger | Grant Edward Lavelle Schnell |
| Florida Bar Number: 119168 | Florida Bar No. 108109 |
| Seraph Legal, P. A. | JONES DAY |
| 2124 W Kennedy Blvd., Suite A | 1221 Peachtree Street N.E., Suite 400 |
| Tampa, FL 33606 | Atlanta, Georgia 30361 |
| (813) 321-2348 | Phone: (404) 581-8023 |
| BGeiger@SeraphLegal.com | Email: gschnell@jonesday.com |
| Counsel for Plaintiff | Counsel for Experian |

| | |
|---|---|
| /s/    *Ritika Singh*    | /s/    *Magda L. Janicki*    |
| Ritika Singh | Magda L. Janicki, Esq. |
| Florida Bar No. 1016708 | Fla. Bar No.: 95609 |
| rsingh@qslwm.com | Email: mjanicki@reedsmith.com |
| Quilling, Selander, Lownds, | REED SMITH LLP |
| Winslett & Moser, P.C. | 200 South Biscayne Blvd. |
| 6900 N. Dallas Parkway, Suite 800 | Suite 2600 |
| | Miami, FL 33131 |
| Plano, Texas 75024 | (786) 747-0199 |
| (214) 560-5442 | Counsel for Synchrony |
| Counsel for Trans Union | |

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, and through that service a copy was sent with e-notice to all parties.

/s/ *Bryan J. Geiger*    
Bryan J. Geiger
Florida Bar Number: 119168