UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**BRANDON GIBSON,**

   *Plaintiff*,

   vs.                                   Case No.: 8:23-cv-02664-MSS-AAS

**EXPERIAN INFORMATION
SOLUTIONS, INC., et al.,**

   *Defendants.*
_____/

## STIPULATION FOR DISMISSAL OF DEFENDANT SYNCHRONY BANK, WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Brandon Gibson, and Defendants, Experian Information Solutions, Inc., Trans Union LLC, and Synchrony Bank, by and through respective undersigned counsel, stipulate to dismiss Synchrony Bank from this action, with prejudice, with each party to bear their own attorneys' fees and costs.

Dated August 18, 2024.

| | |
|---|---|
| /s/ *Bryan J. Geiger* | /s/ *Grant Edward Lavelle Schnell* |
| Bryan J. Geiger | Grant Edward Lavelle Schnell |
| Florida Bar Number: 119168 | Florida Bar No. 108109 |
| Seraph Legal, P. A. | JONES DAY |
| 2124 W Kennedy Blvd., Suite A | 1221 Peachtree Street N.E., Suite 400 |
| Tampa, FL 33606 | Atlanta, Georgia 30361 |
| (813) 321-2348 | Phone: (404) 581-8023 |
| BGeiger@SeraphLegal.com | Email: gschnell@jonesday.com |
| Counsel for Plaintiff | Counsel for Experian |

| | |
|---|---|
| /s/ *Ritika Singh* | /s/ *Magda L. Janicki* |
| Ritika Singh | Magda L. Janicki, Esq. |
| Florida Bar No. 1016708 | Fla. Bar No.: 95609 |
| rsingh@qslwm.com | Email: mjanicki@reedsmith.com |
| Quilling, Selander, Lownds, Winslett & Moser, P.C. | REED SMITH LLP |
| 6900 N. Dallas Parkway, Suite 800 | 200 South Biscayne Blvd. Suite 2600 |
| Plano, Texas 75024 | Miami, FL 33131 |
| (214) 560-5442 | (786) 747-0199 |
| Counsel for Trans Union | Counsel for Synchrony |

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 18, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, and through that service a copy was sent with e-notice to all parties.

/s/ *Bryan J. Geiger*
Bryan J. Geiger
Florida Bar Number: 119168